TRUDY A. NOWAK
Chapter 7 Trustee
8050 N. 19th Ave., PMB #618
Phoenix, AZ 85021
Telephone: 480-759-0524
Email: trustee@tanowak.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WILDA JEAN JACKSON, | ) | Case No. 4:20-bk-08522-SHG |
| | ) | |
| | ) | NOTICE OF TRUSTEE'S INTENT |
| Debtors. | ) | TO ABANDON PROPERTY |
| | ) | |

NOTICE IS GIVEN that Trudy A. Nowak, Chapter 7 Trustee, proposes to abandon the following described property pursuant to 11 U.S.C. § 554 on the grounds that the amount of secured claims and liens against the property, and the amount of the exemption claimed in the property by the Debtor(s), exceed the value of the property:

**Real Property commonly known as 1524 W. Kennington Ave., Tucson, AZ 85746**

Pursuant to Local Rule 6007-1, any person opposing the abandonment shall file a written objection and request for a hearing within 14 days of service of this notice. The objection shall be filed with the U.S. Bankruptcy Court, District of Arizona, 38 S. Scott Avenue, Tucson, AZ 85701 <u>and</u> mailed to the Trustee, Trudy A. Nowak, at 8050 N. 19th Ave., PMB #618 Phoenix, AZ 85021

If a party in interest timely objects to this abandonment notice in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property will be deemed abandoned. Trustee will lodge and upload an order approving the abandonment.

Dated: April 24, 2021         */s/ TRUDY A. NOWAK*
                               Chapter 7 Trustee

To be mailed by the Bankruptcy Noticing Center to all creditors and parties in interest on the master mailing list.